## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**CHASE ANDERSON ROMAGNANO,**

    **Plaintiff,**

**v.**                                       **Case No. 3:23cv8294-TKW-HTC**

**CORD BYRD,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5) and Plaintiff's objections (Doc. 8). The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's recommended disposition of this case.

The Court did not overlook that Plaintiff filed an "Amended Complaint and Request for Preliminary Injunctive Relief" (Doc 7) contemporaneously with his objections. That filing was presumably intended to overcome the first reason that the magistrate judge recommended dismissal of this case—i.e., because Plaintiff had not filed a complaint. However, that filing does not overcome the second reason that the magistrate judge recommended dismissal of this case—i.e., because the

claims raised by Plaintiff have been "resoundingly rejected" by the Supreme Court and the Eleventh Circuit.  *See* Doc. 5 at 4-5 (citing pertinent cases).[1]  Thus, even if the amended complaint satisfies the pleading requirements in the Federal Rules of Civil Procedure (and it is not clear that it does), it would be subject to dismissal for failure to state a claim upon which relief can be granted.  No further amendment of the complaint could cure that problem.

Accordingly, it is **ORDERED** that:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This case is **DISMISSED with prejudice** for failure to state a claim.

3.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 15th day of May, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

---

[1] Notably, Plaintiff does attempt to distinguish these cases—or even mention them—in his objections.